**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 24−01200−hb

Chapter: 7

**In re:**

Sean Michael Bill
aka Sean Bill, dba 5 B Entertainment, fdba Southland Commercial Service

Christina Marie Bill
fka Christina M. Best

**NOTICE TO FILE PROOF OF
CLAIM DUE TO RECOVERY OF ASSETS**

**Filed By The Court**
**07/09/24**
L. Jefferson Davis, IV
Clerk of Court
US Bankruptcy Court

NOTICE IS GIVEN THAT:

The initial notice in this case advised creditors that is was not necessary to file a proof of claim. However, since that notice was sent, assets have been recovered by the trustee. Therefore, creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court within the timeframes outlined below:

For all creditors (except a Governmental Unit):
**90 days after the *mailing* of this notice.**

For a Governmental Unit:
**180 days after the order for relief, or 90 days after the *mailing* of this notice, whichever is later.**

Creditors who fail to file a proof of claim within the above timeframes may miss the opportunity to share in any distribution from the debtor's estate.

A proof of claim form may be filed electronically through the court's electronic proof of claim system (ePOC) found on the court's website at **www.scb.uscourts.gov/epoc**. A proof of claim form may also be filed by mailing a completed paper form to the attention of the Claims Clerk at the United States Bankruptcy Court, 1100 Laurel Street, Columbia, SC 29201. There is no filing fee for filing a proof of claim. **Any creditor who has already filed a proof of claim need not file another proof of claim.**

L. Jefferson Davis, IV
Clerk of Court
United States Bankruptcy Court

By:  P Barnello, Deputy Clerk
1100 Laurel Street
Columbia, SC 29201−2423
(803) 765−5436

United States Bankruptcy Court

District of South Carolina

| | |
|---|---|
| In re: | Case No. 24-01200-hb |
| Sean Michael Bill | Chapter 7 |
| Christina Marie Bill | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0420-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 09, 2024 | Form ID: 159BNC | Total Noticed: 27 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Sean Michael Bill, Christina Marie Bill, 7 Georgann Lane, Aiken, SC 29803-7321 |
| 544356738 | + | Aidvantage of behalf of Dept. of Ed., Dept. of Ed Loan Svcs, POB 300001, Greenville TX 75403-3001 |
| 544356739 | + | Aiken Alley Holdings, care-of Raymond Massey, 210 Colony Parkway, Aiken SC 29803-7468 |
| 544356740 | + | Aiken Summary Court, 1930 University Parkway, Ste. 1500, Aiken SC 29801-0009 |
| 544356742 | + | Assurance Fina Grp-Dove, 9029 Jefferson Highway, Baton Rouge LA 70809-2417 |
| 544356745 | | Children's Healthcare of Atlanta, POB 116210, Atlanta GA 30368-6210 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | Email/Text: michelle.vieira@txitrustee.com | Jul 09 2024 21:04:00 | Michelle L. Vieira, Michelle L. Vieira, PO Box 70399, Myrtle Beach, SC 29572 |
| cr | + | EDI: PHINAMERI.COM | Jul 10 2024 00:59:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| cr | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jul 09 2024 21:04:00 | Assurance Financial Group LLC, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 544356741 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 09 2024 21:04:00 | Applecard GS Bank, Lockbox 6112 POB 7247, Philadelphia PA 19170-0001 |
| 544356743 | | EDI: BANKAMER2 | Jul 10 2024 00:59:00 | Bank of America, 1000 Samoset Drive, Wilmington DE 19884-2211 |
| 544356744 | | EDI: CAPITALONE.COM | Jul 10 2024 00:59:00 | Capital One, Post Office Box 30285, Salt Lake City UT 84130-0285 |
| 544356746 | + | EDI: CITICORP | Jul 10 2024 00:59:00 | Citi Cards-Citibank, POB 6500, Sioux Falls SD 57117-6500 |
| 544356747 | + | Email/Text: bknotice@raslavrar.com | Jul 09 2024 21:04:00 | Citibank, N.A., 1133 S. University Drive, 2nd Floor, Fort Lauderdale FL 33324-3303 |
| 544356748 | + | EDI: PHINAMERI.COM | Jul 10 2024 00:59:00 | GM Financial, POB 181145, Arlington TX 76096-1145 |
| 544356749 | | Email/Text: EBN@Mohela.com | Jul 09 2024 21:04:00 | Mohela-Dept. of Ed, 633 Spirit Drive, Chesterfield MO 63005 |
| 544356750 | + | Email/Text: bknotice@raslavrar.com | Jul 09 2024 21:04:00 | Robert J. Stephenson, Esq., 1133 South University Drive, Second Floo, Fort Lauderdale FL 33324-3303 |
| 544356753 | | Email/Text: fdoran@srpfcu.org | Jul 09 2024 21:04:00 | SRP Federal Credit Union, Post Office Box 6730, North Augusta SC 29861 |
| 544356751 | | Email/Text: bankruptcy@bbandt.com | Jul 09 2024 21:05:00 | Sheffield Financial Corp., POB 1847, Wilson NC 27894-1847 |

Case 24-01200-eg    Doc 18    Filed 07/11/24    Entered 07/12/24 00:23:01    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0420-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 09, 2024 | Form ID: 159BNC | Total Noticed: 27 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 544356752 | | Email/Text: bankruptcynotices@sba.gov | Jul 09 2024 21:04:00 | Small Business Administration, 1441 L St. NWMail Code 5460, Washington DC 20416-0001 |
| 544356754 | + | EDI: SYNC | Jul 10 2024 00:59:00 | Syncb-Car Care Pep Boys, care-of POB 965001, Orlando FL 32896-0001 |
| 544356755 | | EDI: SYNC | Jul 10 2024 00:59:00 | Syncb-Rooms to Go, POB 965036, Orlando FL 32896-5036 |
| 544356756 | + | EDI: CITICORP | Jul 10 2024 00:59:00 | THD-CBSD, POB 6497, Sioux Falls SD 57117-6497 |
| 544356758 | + | Email/Text: bankruptcy@bbandt.com | Jul 09 2024 21:05:00 | Truist Bank, POB 85092, Richmond VA 23286-0001 |
| 544356757 | + | Email/Text: bankruptcy@bbandt.com | Jul 09 2024 21:05:00 | Truist Bank, POB 27767, Bankruptcy Dept. 306-40-04-95, Richmond VA 23261-7767 |
| 544356759 | + | Email/Text: USASC-Bankruptcy@usdoj.gov | Jul 09 2024 21:05:00 | U.S. Attorney for S.C., 1441 Main Street, Suite 500, Attn: J. Douglas Barnett, Columbia SC 29201-2862 |
| 544356760 | | Email/Text: electronicbkydocs@nelnet.net | Jul 09 2024 21:05:00 | U.S. Dept. of Education, Claims Unit, POB 8973, Madison WI 53708-8973 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 11, 2024         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Joshua Ryan McGlone | on behalf of Creditor Assurance Financial Group LLC joshua.mcglone@brockandscott.com wbecf@brockandscott.com |
| Michelle L. Vieira | trustee@chapter7.email Trusteeassistant@chapter7.email;ecf.alert+vieira@titlexi.com |
| US Trustee's Office | USTPRegion04.CO.ECF@usdoj.gov |
| V. Lee Ringler | on behalf of Debtor Sean Michael Bill court@leeringler.com r42402@notify.bestcase.com |
| V. Lee Ringler | on behalf of Joint Debtor Christina Marie Bill court@leeringler.com r42402@notify.bestcase.com |

TOTAL: 5