# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0420–3 | User: admin | Date Created: 7/12/2024 |
| Case: 24–01200–hb | Form ID: 164BNC | Total: 31 |

**Recipients of Notice of Electronic Filing:**
ust　　US Trustee's Office　　USTPRegion04.CO.ECF@usdoj.gov
aty　　Joshua Ryan McGlone　　joshua.mcglone@brockandscott.com
aty　　V. Lee Ringler　　court@leeringler.com

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db　　　　　Sean Michael Bill　　7 Georgann Lane　　Aiken, SC 29803–7321
jdb　　　　　Christina Marie Bill　　7 Georgann Lane　　Aiken, SC 29803–7321
tr　　　　　Michelle L. Vieira　　Michelle L. Vieira　　PO Box 70399　　Myrtle Beach, SC 29572
cr　　　　　Assurance Financial Group LLC　　1 Corporate Drive, Suite 360　　Lake Zurich, IL 60047
cr　　　　　AmeriCredit Financial Services, Inc. dba GM Financial　　P O Box 183853　　Arlington, TX 76096
544356738　Aidvantage of behalf of Dept. of Ed.　　Dept. of Ed Loan Svcs　　POB 300001　　Greenville TX 75403
544356739　Aiken Alley Holdings　　care–of Raymond Massey　　210 Colony Parkway　　Aiken SC 29803
544356740　Aiken Summary Court　　1930 University Parkway, Ste. 1500　　Aiken SC 29801
544356741　Applecard GS Bank　　Lockbox 6112 POB 7247　　Philadelphia PA 19170
544356742　Assurance Fina Grp–Dove　　9029 Jefferson Highway　　Baton Rouge LA 70809
544356743　Bank of America　　1000 Samoset Drive　　Wilmington DE 19884–2211
544356744　Capital One　　Post Office Box 30285　　Salt Lake City UT 84130–0285
544356745　Children's Healthcare of Atlanta　　POB 116210　　Atlanta GA 30368–6210
544356746　Citi Cards–Citibank　　POB 6500　　Sioux Falls SD 57117
544356747　Citibank, N.A.　　1133 S. University Drive, 2nd Floor　　Fort Lauderdale FL 33324
544356748　GM Financial　　POB 181145　　Arlington TX 76096
544356749　Mohela–Dept. of Ed　　633 Spirit Drive　　Chesterfield MO 63005
544356750　Robert J. Stephenson, Esq.　　1133 South University Drive, Second Floo　　Fort Lauderdale FL 33324
544356753　SRP Federal Credit Union　　Post Office Box 6730　　North Augusta SC 29861
544356751　Sheffield Financial Corp.　　POB 1847　　Wilson NC 27894–1847
544356752　Small Business Administration　　1441 L St. NWMail Code 5460　　Washington DC 20416–0001
544356754　Syncb–Car Care Pep Boys　　care–of POB 965001　　Orlando FL 32896
544356755　Syncb–Rooms to Go　　POB 965036　　Orlando FL 32896–5036
544356756　THD–CBSD　　POB 6497　　Sioux Falls SD 57117
544356757　Truist Bank　　POB 27767　　Bankruptcy Dept. 306–40–04–95　　Richmond VA 23261
544356758　Truist Bank　　POB 85092　　Richmond VA 23286
544356759　U.S. Attorney for S.C.　　1441 Main Street, Suite 500　　Attn: J. Douglas Barnett　　Columbia SC 29201
544356760　U.S. Dept. of Education　　Claims Unit　　POB 8973　　Madison WI 53708–8973

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 28